IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–27–M–DLC–2 |
| Plaintiff, | |
| vs. | ORDER |
| KRISTOPHER GLENN PFEIFER, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on November 18, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Kristopher Glenn Pfeifer's guilty plea after Pfeifer appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession with intent to

distribute one kilogram or more of a substance containing a detectable amount of 3,4 - methylenedioxymethamphetamine, commonly referred to as "MDMA" and "ecstasy," a Schedule 1 controlled substance, aiding and abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 § 2 (Count IV), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 112), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Kristopher Glenn Pfeifer's motion to change plea (Doc. 92) is GRANTED and Kristopher Glenn Pfeifer is adjudged guilty as charged in Count IV of the Indictment.

DATED this 6th day of December, 2016.

Dana L. Christensen, Chief District Judge
United States District Court